No. 1082. FARRIS v. VIRGINIA. June 21, 1943. Petition for writ of certiorari to the Hustings Court of the City of Richmond denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Mr. L. Gleason Gianniny* for petitioner. *Mr. Abram P. Staples,* Attorney General of Virginia, for respondent.

No. 1085. FRAME v. AMRINE, WARDEN, KANSAS STATE PENITENTIARY. June 21, 1943. Petition for writ of certiorari to the Supreme Court of Kansas denied. MR. JUSTICE ROBERTS and MR. JUSTICE DOUGLAS took no part in the consideration or decision of these applications. *Perry Frame, pro se.*

No. 1099. SHEPPARD v. MASSACHUSETTS. June 21, 1943. Motion for stay denied. Petition for writ of certiorari to the Supreme Judicial Court of Massachusetts denied. MR. JUSTICE DOUGLAS and MR. JUSTICE ROBERTS took no part in the consideration or decision of these applications. *Mr. Edward A. Ryan* for petitioner.

Nos. 945 and 946. FORD MOTOR CO. v. GORDON FORM LATHE CO. June 21, 1943. The petition for rehearing is granted and the order entered June 7, 1943, 319 U. S. 738, is vacated. The petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit is granted. MR. JUSTICE ROBERTS and MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Messrs. Drury W. Cooper* and *I. Joseph Farley* for petitioner.